IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                      :        Chapter 13

Tiffany S. Newkirk                   18-16160-ELF
        Debtor              :

CERTIFICATE OF SERVICE of FIRST AMENDED PLAN

    I, David M. Offen, Esquire, Attorney for the above-named
Debtor(s) hereby certify that a copy of the Debtor's First Amended
Chapter 13 Plan has been served on the Chapter 13 Standing Trustee
and all priority and secured creditors.

The following creditors have been served by electronic mail:

Rebecca Ann Solarz on behalf of Ditech Financial, LLC.
Bkgroup@kmllawgroup.com

The following creditors have been served by first class mail:

City of Philadelphia
Law Dept Tax Unit
Bankruptcy Group MSB
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101




Date: December 6, 2018        /s/ David M. Offen_____
                              David M. Offen
                              Attorney for Debtor(s)