```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                    :
                             :      CHAPTER 13
   Tiffany S. Newkirk        :      No. 18-16160-ELF
       Debtor                :
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Adversary Complain was served on April 10, 2019 on the following by electronic mail:

Jada Greenhowe on behalf of Pennsylvania Housing Finance Agency
[jgreenhowe@phfa.org](mailto:jgreenhowe@phfa.org)

```
                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                               601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
```

4/10/19