**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | Tiffany S. Newkirk<br>Debtor | ) <br> ) <br> ) <br> ) | Chapter 13 <br><br> No. 18-16160-ELF |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                     /s/David M. Offen
                                     David M. Offen
                                     Attorney for Debtor

**Date:9/19/19**