# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **TIFFANY S. NEWKIRK,** | Chapter 13 |
| | Debtor | Bky. No. 18-16160 ELF |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid; and

D. the Debtor has stricken from the plan the provisions in Part 9.

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

**Date:** October 11, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**