# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-16160-ELF

TIFFANY  S. NEWKIRK

2913 N. 21ST STREET

PHILADELHIA, PA 19132

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TIFFANY  S. NEWKIRK

2913 N. 21ST STREET

PHILADELHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 12/17/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee