United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tiffany S Newkirk  
    Debtor

Case No. 18-16160-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: JEGilmore | Page 1 of 1 | Date Rcvd: Jan 15, 2020 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14235361       E-mail/Text: bankruptcy.bnc@ditech.com Jan 16 2020 03:13:33      Ditech Financial LLC,
        P.O. Box 6154,   Rapid City, SD 57709-6154
                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
        DAVID M. OFFEN   on behalf of Plaintiff Tiffany S Newkirk dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        DAVID M. OFFEN   on behalf of Debtor Tiffany S Newkirk dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        HAROLD N. KAPLAN   on behalf of Creditor   New Residential Mortgage LLC hkaplan@rasnj.com
        REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                              TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16160-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Tiffany S Newkirk
2913 N. 21st Street
Philadelphia PA 19132

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/14/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/17/20

Tim McGrath
**CLERK OF THE COURT**