United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tiffany S Newkirk
    Debtor

Case No. 18-16160-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 2    Date Rcvd: Jan 29, 2020
                    Form ID: pdf900    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
```
db             +Tiffany S Newkirk,    2913 N. 21st Street,    Philadelphia, PA 19132-1509
14198199        Commonwealth of Pennsylvania,    Department of Labor and Industry,    UI Payment Services,
                 P.O. Box 67503,    Harrisburg, PA 17106-7503
14200164       +Ditech Financial LLC,    Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14198201       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14452013        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14198204       +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2020 03:27:20     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2020 03:27:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14198196        E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:37     City of Philadelphia,
                 Dept. of Revenue - Water Revenue Bureau,    1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102
14284298        E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:37     City of Philadelphia,
                 Law Department   Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14198197        E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:37     City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
14198198        E-mail/Text: documentfiling@lciinc.com Jan 30 2020 03:27:03     Comcast Cable,    P.O. Box 3001,
                 Southeastern, PA 19398-3001
14198200       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 30 2020 03:27:11     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14235361        E-mail/Text: bankruptcy.bnc@ditech.com Jan 30 2020 03:27:11     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14272503       +E-mail/Text: cio.bncmail@irs.gov Jan 30 2020 03:27:10     Internal Revenue Service,
                 Centralized Insolvency Operation,    Po Box 7317,    Philadelphia, Pa 19101-7317
14206879       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 30 2020 03:27:12     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14281971        E-mail/Text: blegal@phfa.org Jan 30 2020 03:27:25     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
14198202       +E-mail/Text: blegal@phfa.org Jan 30 2020 03:27:25     Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
14198203       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 30 2020 03:27:12     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14198205        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 30 2020 03:27:03
                 Verizon,    PO Box 15124,    Albany, NY 12212-5124
14198206        E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:36     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2             Date Rcvd: Jan 29, 2020
                              Form ID: pdf900           Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Plaintiff Tiffany S Newkirk dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Tiffany S Newkirk dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TIFFANY  S. NEWKIRK | Chapter 13 |
| Debtor | Bankruptcy No. 18-16160-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 29, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
TIFFANY  S. NEWKIRK

2913 N. 21ST STREET

PHILADELHIA, PA 19132